| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 16-11486 / MBK**

Troy Brandstetter
Lisa D. Brandstetter

Petition Filed Date: 01/28/2016
341 Hearing Date: 02/25/2016
Confirmation Date: 05/11/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $738.00 | 64654950 | 02/19/2020 | $738.00 | 65651470 | 03/02/2020 | $738.00 | 65970500 |
| 03/06/2020 | $738.00 | 66201570 | 05/05/2020 | $900.00 | 67703370 | 07/13/2020 | $2,000.00 | 69345700 |
| 09/01/2020 | $738.00 | 70531880 | 10/08/2020 | $738.00 | 71464390 | 10/21/2020 | $738.00 | 71727380 |
| 12/14/2020 | $1,480.00 | 73045090 | 01/19/2021 | $738.00 | 73882030 | | | |

**Total Receipts for the Period: $10,284.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Troy Brandstetter | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Deborah B. Austin<br>»» ATTY DISCLOSURE | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2011 FORD ECONOLINE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO OPERATIONS CENTER<br>»» P/6 PLAYERS CIRCLE/2ND MTG | Mortgage Arrears | $55.75 | $46.42 | $9.33 |
| 3 | ATHENE ANNUITY AND LIFE COMPANY<br>»» P/6 PLAYERS CIRCLE/1ST MTG/WELLS FARGO/WILMINGTON SAVINGS/CITIBANK | Mortgage Arrears | $22,339.68 | $22,233.82 | $105.86 |
| 4 | Society Hill at Tinton Falls Condo Assoc, Inc<br>»» 6 PLAYERS CIRCLE/LIEN | Secured Creditors<br>Hold Funds: Notice of Reserve | $12,152.82 | $6,268.91 | $5,883.91 |
| 5 | Society Hill at Tinton Falls Condo Assoc, Inc<br>»» 6 PLAYERS CIRCLE | Unsecured Creditors<br>Hold Funds: Notice of Reserve | $832.53 | $0.00 | $832.53 |
| 6 | ATHENE ANNUITY AND LIFE COMPANY<br>»» 6 PLAYERS CIRCLE/ORDER 11/21/16/WELLS FARGO/WILMINGTON SAVINGS/CITIBANK | Mortgage Arrears | $2,440.60 | $2,428.20 | $12.40 |
| 7 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2011 ECONOLINE/ORDER 1/13/17 | Debt Secured by Vehicle | $506.00 | $506.00 | $0.00 |
| 8 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2011 FORD ECONOLINE/ORDER 7/31/17 | Debt Secured by Vehicle | $175.00 | $175.00 | $0.00 |

**Chapter 13 Case No. 16-11486 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,780.00 | Plan Balance: | $3,636.00 ** |
| Paid to Claims: | $33,458.35 | Current Monthly Payment: | $738.00 |
| Paid to Trustee: | $2,793.28 | Arrearages: | $1,446.00 |
| Funds on Hand: | $6,528.37 | Total Plan Base: | $46,416.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**