Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–11486–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Troy Brandstetter                              Lisa D. Brandstetter
6 Players Cir                                  6 Players Cir
Tinton Falls, NJ 07724–3805                    Tinton Falls, NJ 07724–3805

Social Security No.:
  xxx–xx–3408                                  xxx–xx–9299

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Troy Brandstetter and Lisa D. Brandstetter</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 26, 2021
JAN: mjb

<u>Jeanne Naughton, Clerk</u>