Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−11486−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Troy Brandstetter
6 Players Cir
Tinton Falls, NJ 07724−3805

Lisa D. Brandstetter
6 Players Cir
Tinton Falls, NJ 07724−3805

Social Security No.:
xxx−xx−3408

xxx−xx−9299

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Troy Brandstetter and Lisa D. Brandstetter
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 26, 2021
JAN: mjb

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-11486-MBK |
| Troy Brandstetter | Chapter 13 |
| Lisa D. Brandstetter | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Troy Brandstetter, Lisa D. Brandstetter, 6 Players Cir, Tinton Falls, NJ 07724-3805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 28, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust, Not in its individual capacity but solely as the trustee for the Brougham Fund I Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Deborah B. Austin | on behalf of Joint Debtor Lisa D. Brandstetter dbaustinesq@gmail.com |
| Deborah B. Austin | on behalf of Debtor Troy Brandstetter dbaustinesq@gmail.com |
| Denise E. Carlon | on behalf of Creditor Athene Annuity and Life Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Society Hill at Tinton Falls Condominium Association Inc. eak@hillwallack.com, |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

    jhanley@hillwallack.com;hwbknj@hillwallack.com

James Patrick Shay

    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST shay@bbs-law.com, jpshay@gmail.com

John D. Krohn

    on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

John R. Morton, Jr.

    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Melissa N. Licker

    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust as serviced by Fay Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael Frederick Dingerdissen

    on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Nicholas V. Rogers

    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST nj.bkecf@fedphe.com

Nicholas V. Rogers

    on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Steven P. Kelly

    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

William M.E. Powers, III

    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 16