Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16−11486−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Troy Brandstetter | Lisa D. Brandstetter |
| 6 Players Cir | 6 Players Cir |
| Tinton Falls, NJ 07724−3805 | Tinton Falls, NJ 07724−3805 |

Social Security No.:
    xxx−xx−3408                                        xxx−xx−9299

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 3, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 115 − 113
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 113). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/2/2021. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 3, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-11486-MBK

Troy Brandstetter                                                                         Chapter 13

Lisa D. Brandstetter

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Society Hill at Tinton Falls Condominium Associati, 100 Churchill Downs Drive, Tinton Falls, NJ 07724-3847 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust, Not in it s individual capacity but solely as the trustee for the Brougham Fund I Trust cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Deborah B. Austin | on behalf of Joint Debtor Lisa D. Brandstetter dbaustinesq@gmail.com |
| Deborah B. Austin | on behalf of Debtor Troy Brandstetter dbaustinesq@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2021 | Form ID: orderntc | Total Noticed: 1

Denise E. Carlon
on behalf of Creditor Athene Annuity and Life Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Society Hill at Tinton Falls Condominium Association  Inc. eak@hillwallack.com,
jhanley@hillwallack.com;hwbknj@hillwallack.com

James Patrick Shay
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST shay@bbs-law.com,
jpshay@gmail.com

John D. Krohn
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

John R. Morton, Jr.
on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Mark A. Roney
on behalf of Creditor Society Hill at Tinton Falls Condominium Association  Inc. mroney@hillwallack.com,
kgardiner@HillWallack.com

Melissa N. Licker
on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust as serviced by Fay Servicing, LLC
NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael Frederick Dingerdissen
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST
nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Steven P. Kelly
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

William M.E. Powers, III
on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 17