UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HILL WALLACK LLP
Mark A. Roney, Esq.
21 Roszel Road
Princeton, NJ 08543
Phone: 609-924-0808
mroney@hillwallack.com
Attorneys for Society Hill at Tinton Falls
  Condominium Association, Inc.

Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Troy Brandstetter and Lisa D. Brandstetter,

Debtors.

Case No.: 16-11486

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: September 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On <u>August 10, 2021</u>, an application was filed for the Claimant(s), <u>Society Hill at Tinton Falls Condominium Association, Inc.</u>, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $<u>6,716.44</u> held in unclaimed funds be made payable to <u>Society Hill at Tinton Falls Condominium Association, Inc.</u> and be disbursed to the payee at the following address:

<u>c/o Terry Comeau</u>
<u>100 Churchill Downs Drive</u>
<u>Tinton Falls, NJ 07724</u>
<u> </u>

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-11486-MBK |
| Troy Brandstetter | Chapter 13 |
| Lisa D. Brandstetter | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Troy Brandstetter, Lisa D. Brandstetter, 6 Players Cir, Tinton Falls, NJ 07724-3805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society  FSB d/b/a Christiana Trust, Not in it s individual capacity but solely as the trustee for the Brougham Fund I Trust cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Deborah B. Austin | on behalf of Joint Debtor Lisa D. Brandstetter dbaustinesq@gmail.com |
| Deborah B. Austin | on behalf of Debtor Troy Brandstetter dbaustinesq@gmail.com |
| Denise E. Carlon | on behalf of Creditor Athene Annuity and Life Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Society Hill at Tinton Falls Condominium Association  Inc. eak@hillwallack.com, |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

jhanley@hillwallack.com;hwbknj@hillwallack.com

James Patrick Shay
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST shay@bbs-law.com, jpshay@gmail.com

John D. Krohn
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

John R. Morton, Jr.
on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Mark A. Roney
on behalf of Creditor Society Hill at Tinton Falls Condominium Association  Inc. mroney@hillwallack.com, kgardiner@HillWallack.com

Melissa N. Licker
on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust as serviced by Fay Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael Frederick Dingerdissen
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST nj.bkecf@fedphe.com

Nicholas V. Rogers
on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com

Steven P. Kelly
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB D/B/A CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS THE TRUSTEE FOR THE BROUGHAM FUND I TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com

William M.E. Powers, III
on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 17